# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS RUIZ,<br><br>    Plaintiff,<br><br>vs.<br><br>OFFICER O. KETCHAM, et al.,<br><br>    Defendants. | Case No.: 14-cv-4470 KAW<br><br>ORDER TRANSFERRING CASE TO THE SOUTHERN DISTRICT OF CALIFORNIA |

    The above-captioned case was improperly filed in the United States District Court for the Northern District of California. Plaintiff's claims arise from events that occurred in Imperial County, which is in the Southern District of California. *See* 28 U.S.C. § 84(d) ("The Southern District comprises the counties of Imperial and San Diego"). Accordingly, the Clerk shall TRANSFER this action to the United States District Court for the Southern District of California, where proper venue lies because a substantial part of the events or omissions giving rise to the claims occurred there. *See* 28 U.S.C. §§ 1391(b), 1406(a).

    IT IS SO ORDERED.

DATE: October 10, 2014

                                                             KANDIS A. WESTMORE<br>
                                                             United States Magistrate Judge